IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| REGINA FRETWELL, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) Civil Action No. 4:24-cv-00006 |
| PALLU HOSPITALITY LLC, | ) ) ) |
| -AND- | ) ) |
| KARTIK PATEL, | ) ) |
| Defendants. | ) |

## MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Regina Fretwell ("Plaintiff") and Defendants Pallu Hospitality, LLC ("Pallu") and Kartik Patel ("Mr. Patel") (collectively "Defendants") jointly move this Court for approval of a settlement between them of this action alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. and other claims. For the reasons set forth in the Memorandum in Support, the Parties request that this Court approve the settlement.

Dated: December 1, 2024

Respectfully submitted,

/s/ *Jonathan W. Gonzalez*
Jonathan W. Gonzalez, Esq. (VSB #92259)
Gordon Rees Scully Manukhani, LLP
5425 Discovery Park Blvd., Suite 200
Williamsburg, VA 23188
Telephone: (757) 903-0875
Facsimile: (757) 401-6770
jwgonzalez@grsm.com

*Counsel for Defendants*

/s/ *Christopher E. Collins*
Christopher E. Collins, Esq. (VSB #90632)
**YUGO COLLINS, PLLC**
25 Franklin Road, SW
Roanoke, VA 24011
Telephone: (540) 861-1529
Facsimile: (540) 900-5285
chris@yugocollins.com

*Counsel for Plaintiff*

- 1 -