CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 20 2024

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| REGINA FRETWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:24-cv-00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PALLU HOSPITALITY LLC, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| Defendants. | ) | |

On February 15, 2024, Plaintiff Regina Fretwell filed suit in this court against Defendants Pallu Hospitality LLC and Kartik Patel, alleging claims under the Fair Labor Standards Act ("FLSA") and various state laws. (*See* Compl. ¶¶ 74–105 [ECF No. 1].) After extensive discovery, the parties advised the court that they had reached a settlement and sought the court's approval. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352–53 (11th Cir. 1982); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) ("[S]tipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect."), *cert. denied*, 577 U.S. 1067 (2016).

After careful review of the parties joint motion and proposed settlement agreement (*see* ECF Nos. 36 & 36-1), the court is satisfied that the settlement "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Foods Stores,* 679 F.2d at 1355. Accordingly, the parties joint motion for settlement approval (ECF No. 35) is **GRANTED**. Consistent with the parties' stipulation (ECF No. 39), this case is **DISMISSED WITH PREJDUCE**. The court will retain jurisdiction to enforce the terms of the settlement.

The Clerk is directed to forward a copy of this Order to the parties and to strike this case from the court's active docket.

**ENTERED** this 20th day of December, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE